IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    vs.                          CASE NO. 3:99CR344-013(PG)

JOSE COLON-CENTENO
* * * * * * * * * * * * *

**MOTION NOTIFYING VIOLATION OF CONDITIONS
OF RELEASE AND REQUESTING WRITTEN REPRIMAND**

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

    COMES NOW, MARTIN DE SANTIAGO, U.S. PROBATION OFFICER of this Court, presenting an official report on the conduct and attitude of releasee, José Colón-Centeno, who on November 17, 2000, was sentenced to sixty (60) months of imprisonment after he was convicted of violating 21 U.S.C. § 846.  A supervised release term of seven (7) years was imposed with the special conditions of drug testing and treatment if necessary; and that his person, residence, office or vehicle submit to a search based on reasonable suspicion of contraband or evidence of a violation of a condition of release. A special monetary assessment in the amount of $100 was also imposed.  On February 17, 2004, the offender was released from custody at which time the supervision term imposed commenced.

    On September 29th and October 4th, 2004, urinalyses were collected from the offender and the same yielded positive to heroin.  Due to this, he has been placed in an intensive drug testing program as well as in an out-patient drug treatment center.

**WHEREFORE,** as the offender had been in compliance with his conditions of release until recently, it is respectfully recommended that the undersigned be allowed to implement the aforementioned plan and that he be issued a written reprimand. Should he violate any other condition the Court will be notified. Thereupon, he to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 1st day of November 2004.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


s/Martin De Santiago
U.S. Probation Officer
Federal Office Bldg. Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5860
Fax 787-771-4063
E-mail:martin_de_santiago@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on November 1, 2004, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Rose M. Vega, Assistant U.S. Attorney, and Juan Alvarez-Cobian, Esq.

In San Juan, Puerto Rico, this 1st day of November 2004.

<u>s/Martin De Santiago</u>
Martin De Santiago
U.S. Probation Officer
Federal Office Bldg. Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5860
Fax 787-771-4063
E-mail:martin_de_santiago@prp.uscourts.gov