**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,
    Plaintiff,

        vs.                          Criminal No. 99-344-013(PG)

JOSÉ COLÓN-CENTENO,
    Defendant.

| MOTION | ORDER |
|---|---|
| **DOCKET #662** - Motion Notifying Violation of Conditions of Release and Requesting Written Reprimand. | **GRANTED AS REQUESTED.** |

Date: November 15, 2004.

                                                      S/JUAN M. PÉREZ-GIMÉNEZ
                                                      U.S. District Judge