IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


**UNITED STATES OF AMERICA**

    vs.                        CASE NO. 3:99CR00344-013(PG)

**JOSE COLON-CENTENO**
* * * * * * * * * * * * * *


**MOTION NOTIFYING VIOLATIONS OF
SUPERVISED RELEASE CONDITIONS AND THE REQUEST
FOR THE ISSUANCE OF A WARRANT**

**TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
SENIOR U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

      **COMES NOW, Martín De Santiago, SENIOR U.S. PROBATION OFFICER of this Court,** presenting an official report on the conduct and attitude of releasee, José Colón-Centeno, who on November 17, 2000, was sentenced to sixty (60) months of imprisonment and seven (7) years supervised release with special conditions of drug testing, and substance abuse treatment, if warranted, as well as a search and seizure.  On February 17, 2004, he was released from custody and his seven-year supervised release term begun.  On August 26, 2005, his term of supervised release was revoked for: Failure to submit monthly supervision reports; Failure to report to U.S. Probation Officer as directed; Use of illegal drugs; and Not fully participating with the drug treatment program.  He was subsequently sentenced to eight (8) months imprisonment and six (6) years supervised release with the special conditions of drug testing, and substance abuse treatment, if warranted, financial disclosure, and search and seizure.  On March 14, 2006, he was released from custody and his supervision term commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since his release from custody, the offender has violated the following supervision conditions:

**1. STANDARD CONDITION - "YOU MUST REPORT TO THE PROBATION OFFICE IN THE DISTRICT TO WHICH YOU ARE RELEASED WITHIN 72 HOURS OF RELEASE FROM CUSTODY OF THE BUREAU OF PRISONS.'**

The offender was released from the Metropolitan Detention Center in Guaynabo, P.R. on March 14, 2006, and he has not made himself available for supervision purposes.

**2. CONDITION NO. 2 - "YOU SHALL REPORT TO THE PROBATION OFFICER AND SHALL SUBMIT A TRUTHFUL AND COMPLETE WRITTEN REPORT WITHIN THE FIRST FIVE DAYS OF EACH MONTH."**

The offender has never reported to our office for supervision purposes despite having been instructed to do so.

**3. CONDITION NO. 3 - "YOU SHALL ANSWER TRUTHFULLY ALL INQUIRIES BY THE PROBATION OFFICER AND FOLLOW THE INSTRUCTIONS OF THE PROBATION OFFICER."**

Mr. Colón-Centeno has failed to follow our instructions. Since he had not reported to our office, on March 21, 2006, we attempted to contact him at his apartment in the Barbosa Public Housing Complex, Bayamon, P.R., but as no one was apparently home, we left him a note instructing him to physically report our office on March 23, 2006. The offender was further given instructions to report to our office on the aforementioned date during a telephonic conversation held on March 22, 2006. Nonetheless, Mr. Colón-Centeno failed to follow our instructions and never reported to our office.

**WHEREFORE**, I declare under a penalty of perjury that the foregoing is true and correct, and it is respectfully requested, unless ruled otherwise, that a warrant of arrest be issued so that the offender may be brought before this Court to show cause why his supervision term should not be revoked. Thereupon, he be dealt with pursuant to law.

In San Juan, Puerto Rico, this 10th day of April 2006.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Martin De Santiago
Martin De Santiago
U.S. Probation Officer
Federal Office Building Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5860
Fax 787-771-4063
E-mail: martin_de_santiago@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on April 10, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:
José A. Ruiz-Santiago, Assistant U.S. Attorney, and Francisco Valcarcel, Assistant Federal Public Defender.

In San Juan, Puerto Rico, this 10th day of April 2006.

          s/Martin De Santiago
          Martin De Santiago
          U.S. Probation Officer
          Federal Office Bldg., Rm. G-50
          150 Chardon Avenue
          San Juan, P.R. 00918-1741
          Tel. 787-766-5860
          Fax 787-771-4063
          E-mail:
          martin_de_santiago@prp.uscourts.gov