IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'06 APR 18 AM 8 18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

UNITED STATES OF AMERICA

  V.         CASE NO. 99CR00344-13(PG)

JOSE COLON-CENTENO
\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

ORDER

  Upon petition of MARTIN DE SANTIAGO, SENIOR U.S. PROBATION OFFICER of this Court, alleging that the offender, José Colón-Centeno, has failed to comply with his conditions of supervised release, it is **ORDERED** that offender appear before this Court on ___May 3___ 2006 at ___9:00 AM___, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked. Thereupon, the offender to be dealt with pursuant to law.

  At this hearing, offender will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

  The Clerk shall issue the corresponding warrant for the offender's arrest, and provide the defense counsel and counsel for the government with copy of this Order.

  **IT IS SO ORDERED**

  In San Juan, Puerto Rico, this 13th day of April 2006.

            _____
            JUAN M. PEREZ-GIMENEZ
            SENIOR U.S. DISTRICT JUDGE