IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff*,<br><br>    v<br><br>JOSE COLON-CENTENO,<br>    *Defendant*. | CRIMINAL NO.  99-344 (PG) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    1.    Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for defendant José Colón-Centeno.

    2.    Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, request Federal Public Defender, Mr. Joseph C. Laws, Jr., be terminated from the case for electronic filing purposes.

    In San Juan, Puerto Rico, on the 28th day of April  2006.

**JOSEPH C. LAWS, JR.**
**Federal Public Defender**
**District of Puerto Rico**


*S/Juan F. Matos de Juan*
**JUAN F. MATOS DE JUAN**
**USDC-PR 207605**
**A.F.P.D. for Defendant**
**241 Franklin D. Roosevelt Avenue**
**Hato Rey, PR  00918-2441**
**Tel. (787) 281-4922 / Fax (787) 281-4899**
**E-mail :** juan_matos@fd.org

USA v. José Colón-Centeno                                                                                         Page 2
Criminal No.  99-344 (PG)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date  I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 28th  day of April 2006.

                                            **JOSEPH C. LAWS, JR.**
                                            **Federal Public Defender**
                                            **District of Puerto Rico**

                                            *S/Juan F. Matos de Juan*
                                            **Juan F. Matos de Juan**
                                            **USDC-PR 207605**
                                            **A.F.P.D. for Defendant**
                                            **241 Franklin D. Roosevelt Avenue**
                                            **Hato Rey, PR  00918-2441**
                                            **Tel. (787) 281-4922 / Fax (787) 281-4899**
                                            **E-mail :** juan_matos@fd.org