UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                              Time: 2 minutes

HONORABLE JUSTO ARENAS,  U. S. CHIEF MAGISTRATE JUDGE

COURTROOM DEPUTY: JYOTI MEHTA-LOPEZ           DATE: 05/22/06

COURT REPORTER: N/A                                           CASE  NO: 99-0344 (PG)

PROBATION OFFICER: MARTIN DE-SANTIAGO
==================================================================

UNITED STATES OF AMERICA

Plaintiff

vs.

13- JOSE COLON-CENTENO

Defendant
==================================================================

**INITIAL APPEARANCE ON ARREST WARRANT.**

Defendant was brought before Chief Magistrate Judge Justo Arenas by the U.S. Marshals upon an arrest warrant issued on May 1, 2006 by order of Senior Judge Pérez-Giménez for violation of his supervised release conditions.

Defendant was advised that a Preliminary on Revocation Hearing is set for **May 26, 2006 at 10:00 A.M.** before Chief Magistrate Judge Justo Arenas.

Defendant is ordered committed pending hearing.  The Federal Public Defender will represent defendant.

                 S/ Jyoti Mehta-López
                 Deputy Clerk