AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____JUDICIAL_____ District of _____PUERTO RICO_____

UNITED STATES OF AMERICA

V.

**JOSE COLON-CENTENO**
Virgilio Davila Project, Bldg. 19, Apt. 208
Bayamon, PR 00961

**WARRANT FOR ARREST**

Case Number: 99 CR 344-13 (PG)

RECEIVED & FILED
2006 MAY 25 PM 3:45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____JOSE COLON-CENTENO_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Violation of conditions of supervised release term.

in violation of Title _____ United States Code, Section(s) _____

JUAN M. PEREZ-GIMENEZ
Name of Issuing Officer

Signature of Issuing Officer  By: Janet González, Deputy Clerk

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

May 26, 2005 at Hato Rey, Puerto Rico
Date and Location

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED<br>6-8-05 | NAME AND TITLE OF ARRESTING OFFICER<br>ANTONIO JUARBE<br>TFA | SIGNATURE OF ARRESTING OFFICER<br>By: |
| DATE OF ARREST<br>7-15-05 | | |