# UNITED STATES DISTRICT COURT

_____JUDICIAL_____ District of _____PUERTO RICO_____

UNITED STATES OF AMERICA

V.

**Jose COLON-CENTENO**
Bldg. 19, Apt. 198, Jose Celso Barbosa Project
Bayamon, PR

## WARRANT FOR ARREST

Case Number: 99 CR 00344-13 (PG)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____José COLON-CENTENO_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Violation of conditions of supervised release.

in violation of Title _____ United States Code, Section(s) _____

JUAN M. PEREZ-GIMENEZ
Name of Issuing Officer

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

Signature of Issuing Officer  By: Janet González, Deputy Clerk

May 1, 2006 at Hato Rey, Puerto Rico
Date and Location

*[Stamp: RECEIVED & FILED 2006 MAY 25 PM 3:45 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR]*

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| MAY 15, 2006 | VICTOR CALDERON TFA | [signed] |
| DATE OF ARREST | | |
| MAY 22, 2006 | | |