```
           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF PUERTO RICO
```

**UNITED STATES OF AMERICA**

      vs.                    CR. NO. 99-00344-013(PG)

**JOSE COLON-CENTENO**
\* \* \* \* \* \* \* \* \* \* \* \*

**SUPPLEMENT TO MOTION FILED ON APRIL 10, 2006**

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
SENIOR U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

    **COMES NOW, Martín De Santiago, SENIOR U.S. PROBATION OFFICER of this Court,** presenting an official report on the conduct and attitude of releasee, José Colón-Centeno, who on November 17, 2000, was sentenced to sixty (60) months of imprisonment and seven (7) years supervised release with special conditions of drug testing, and substance abuse treatment, if warranted, as well as a search and seizure.  On February 17, 2004, he was released from custody and his seven-year supervised release term begun.  On August 26, 2005, his term of supervised release was revoked for: Failure to submit monthly supervision reports; Failure to report to U.S. Probation Officer as directed; Use of illegal drugs; and Not fully participating with the drug treatment program.  He was subsequently sentenced to eight (8) months imprisonment and six (6) years supervised release with the special conditions of drug testing, and substance abuse treatment, if warranted, financial disclosure, and search and seizure.  On March 14, 2006, he was released from custody and his supervision term commenced.  As he failed to report for supervision purposes within 72 hours, an arrest warrant was once

requested and issued. He was subsequently arrested on May 22, 2006, and he is currently detained without bail at MDC Guaynabo pending his final revocation hearing.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

While Mr. Colon-Centeno awaited his final revocation hearing at MDC Guaynabo:

**1. MANDATORY CONDITION OF RELEASE 2. - "THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."**

The offender was charged in connection with Criminal Complaint 06-423M, which was filed on June 19, 2006, with having violated Sections 1791(a)(2) and 2 of Title 18, United States Code, that is, while being an inmate, he aided and abetted to intentionally and unlawfu1ly posses a prohibited object, to wit: controlled substances.

**2. MANDATORY CONDITION OF RELEASE 3. - "THE DEFENDANT SHALL POSSESS A CONTROLLED SUBSTANCE."**

The offender was charged in connection with Criminal Complaint 06-423M, which was filed on June 19, 2006, with having violated Sections 1791(a)(2) and 2 of Title 18, United States Code, that is, while being an inmate, he aided and abetted to intentionally and unlawfu1ly posses a prohibited object, to wit: controlled substances.

**WHEREFORE**, I declare under penalty of perjury that the foregoing is true and correct and in lieu of the offender's new involvement in criminal behavior while on supervised release, it is respectfully requested, unless ruled otherwise, that the court take into account the content of this motion at the show cause hearing. Thereupon, he be dealt with pursuant to law.

In San Juan, Puerto Rico, this 23rd day of June 2006.

                                 Respectfully submitted,

                                 EUSTAQUIO BABILONIA, CHIEF
                                 U.S. PROBATION OFFICER

                                 <u>s/Martin De Santiago</u>
                                 Martin De Santiago
                                 Senior U.S. Probation Officer
                                 Federal Office Building Room 400
                                 150 Chardon Avenue
                                 San Juan, P.R. 00918-1741
                                 Tel. 787-766-5860
                                 Fax 787-771-4063
                                 E-mail: <u>martin_de_santiago@prp.uscourts.gov</u>

**CERTIFICATE OF SERVICE**

I HEREBY certify that on June 23, 2006, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

José A. Ruiz-Santiago, Assistant U.S. Attorney, and Juan F. Matos-De Juan, Assistant Federal Public Defender.

In San Juan, Puerto Rico, this 23rd day of June 2006.

s/Martin De Santiago
Martin De Santiago
U.S. Probation Officer
Federal Office Bldg., Rm. 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5860
Fax 787-771-4063
E-mail:
martin_de_santiago@prp.uscourts.gov