AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
          Sheet 1

# UNITED STATES DISTRICT COURT

| **JUDICIAL** | District of | **PUERTO RICO** |
|---|---|---|

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

**José COLON-CENTENO**

Case Number:      **99 CR 00344-13 (PG)**

USM Number:     **19245-069**

APFD-Rafael ANDRADE
Defendant's Attorney

## THE DEFENDANT:

X    admitted guilt to violation of condition(s)   Standard Conditions 1, 2 and 3    of the term of supervision.

☐    was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #1 | Failure to report to the US Probation Office within 72 hours from release of custody. | March 14, 2006 |
| Standard Condition #2 | Failure to submit monthly reports to the US Probation Office | March 14, 2006 |
| Standard Condition #3 | Failure to follow instructions by the US Probation Officer. | March 21, 2006 |

The defendant is sentenced as provided in pages 2 through    2    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 17, 2006
Date of Imposition of Judgment


s/Juan M. Pérez-Giménez
Signature of Judge



JUAN M. PEREZ-GIMENEZ, U. S. District Judge
Name and Title of Judge


July 24, 2006
Date


A/cs: 2USM, 1 MDC
S/cs: USM
E-mail: PTS, PO & FC
Dft thru USM

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:        José Colon-Centeno
CASE NUMBER:    99 CR 00344-13 (PG)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    **Twenty-eight (28) monhts.  No additional supervision term is to be followed.**

☐  The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐ a.m.  ☐ p.m.    on  _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on  _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____  to  _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL