# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>        v.<br><br>JOSE COLON CENTENO<br>    Defendant | CRIMINAL NO. 99-344 (PG) |

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is hereby given by José Colón Centeno, represented by the Federal Public Defender, that he respectfully appeals to the United States Court of Appeals for the First Circuit from the *Judgment* and *Sentence* of July 17, 2006, by the Hon. Juan M. Pérez Gimenez, United States District Judge for the District Court of Puerto Rico. The *Judgment* and *Sentence* was entered into the docket on July 24, 2006, as docket No. 791.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this August 2, 2006.

> **JOSEPH C. LAWS, JR**
> **Federal Public Defender**
>
> *Juan F. Matos de Juan*
> JUAN F. MATOS DE JUAN
> Assistant Federal Public Defender
> USDC-PR 207605
> 241 F.D. Roosevelt Avenue
> San Juan, PR  00918-2305
> Tel. (787) 281-4922
> Fax (787) 281-4899

U.S. v. José Colón
Crim. No. 99-344 (PG)
Page  2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY: That a copy of the foregoing Motion was served on counsel for the government, U.S. Attorney H.S. García (**Attn: Assistant U.S. Attorney Scott Anderson**) via the District Court's electronic filing system.

*S/ Juan F. Matos de Juan*
JUAN F. MATOS DE JUAN
Assistant Federal Public Defender