**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:**     **August 22, 2006**

**DC #:**     **99-344  (PG)**

**APPEAL FEE PAID:**     **YES** _____     **NO** __X__

**CASE CAPTION:**     **USA     v.     Colón-Centeno**
                                    **Defendant:     José Colón-Centeno (13)**

**IN FORMA PAUPERIS:**     **YES** __X__     **NO** _____

**MOTIONS PENDING:**     **YES** _____     **NO** __X__

**NOTICE OF APPEAL FILED BY:**          **Defendant**

**APPEAL FROM:**          **Judgment and Sentence imposed on 07/17/06 and entered on**
                                    **07/24/06**

**SPECIAL COMMENTS:**     **Copies of original documents**

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**                                                                 **VOLUMES:**

**Docket Entries   23,297,741,742,763,769,771-774,777,**          **I**
**778,781,783,784,789,791,809**

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

                                        FRANCES RIOS DE MORAN
                                        Clerk of the Court


                                        S/Xiomara Muñiz
                                        Xiomara Muñiz
                                        Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk