# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Supplemental Record to the Court of Appeals</u>

DATE:   February 16, 2007

DC #:   99-344   (PG)

USCA #   06-2250

CASE CAPTION:        USA   v.   Colón-Centeno
                     Defendant:   José Colón-Centeno   (13)

SPECIAL COMMENTS:    Copies & original documents

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

DOCUMENTS:                                              VOLUMES:

**Docket Entries   291   (PSR)   &   846   (Transcript)**             I


I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

                                    FRANCES RIOS DE MORAN
                                    Clerk of the Court


                                    S/ Xiomara Muñiz
                                    Xiomara Muñiz
                                    Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:       _____
s/c:   CM/ECF Parties, Docket Clerk, Appeals Clerk